IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GARY TIPTON,                                    :          CASE NO.: 20cv-4843

                                        :          JUDGE MORRISON
             *Plaintiff,*                                           MAGISTRATE JUDGE
                                                  VASCURA

                                                                             :

   v.

                                                                             :

OHIOHEALTH GRADY MEMORIAL
HOSPITAL, *et al.*,
                                                                             :

             *Defendants.*

## <u>OPINION AND ORDER</u>

This matter is before the Court upon consideration of a Report and

Recommendation (R&R) issued by the Magistrate Judge on August 26, 2021. (ECF

No. 37). In that filing, the Magistrate Judge recommended that Defendant

OhioHealth Grady Memorial Hospital's Second Motion to Dismiss (ECF No. 33) and

Plaintiff Gary Tipton's Motion for Leave to File Surreply (ECF No. 36) be denied.

The time for filing objections has passed, and no objections have been filed. For the

reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 37),

**DENIES** OhioHealth's Second Motion to Dismiss (ECF No. 33), and **DENIES**

Plaintiff's Motion for Leave to File Surreply (ECF No. 36).

1

**IT IS SO ORDERED**.

s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

2